

Signed: March 6, 2020

NORTH CAROLINA WESTERN
MEMORANDUM

| | |
|---|---|
| Date: | March 6, 2020 |
| To: | Robert J. Conrad, United States District Judge |
| CC: | |
| From: | Jason M. Kemp, Sr. United States Probation Officer |
| Subject: | COULBOURNE, Garnett |
| | Dkt. No. 3:08CR00259-006 |
| | **REQUEST FOR APPROVAL TO DESTROY SEIZED PROPERTY** |

On 07/25/2019, the Probation Office seized an Apple iPhone SE from the defendant during a warrantless search operation. His supervision term subsequently expired on 08/06/2019, and he is no longer on supervised release. This Probation Officer's recent attempts to locate the defendant for return of the seized property were unsuccessful. However, on 01/30/2020, USPO Asa Gravley randomly encountered the defendant at a local gas station. USPO Gravley and I had a FaceTime conversation with the defendant wherein I informed him that I had his former cell phone in our evidence vault that was able to be returned to him. An appointment was scheduled for the defendant to pick the item up that afternoon, but he failed to report. As the Probation Office has no way to contact or locate the defendant, it is respectfully requested that Your Honor authorize destruction of the Apple iPhone SE seized from the defendant on 07/25/2019.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7617, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Robert J. Conrad, Jr.
United States District Judge